UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS ) | CASE NO. 3:19-MD-2885 |
| EARPLUG PRODUCTS ) | |
| LIABILITY LITIGATION ) | INDIV. DOCKET: 7:20cv93-MCR/GRJ |
| ) | |
| THIS RELATES TO: ) | |
| ) | |
| MARCUS HENSEL ) | |
|     v. ) | |
| 3M COMPANY ET AL. ) | |

## NOTICE OF DESIGNATED FORUM

Pursuant to this Court's orders, PTO's 22, 29, and 30, Plaintiff Marcus Hensley hereby designates his forum as the Western District of Missouri.

Dated: March 20, 2020

*/s Taylor C. Bartlett*
Taylor C. Bartlett
**Heninger Garrison Davis, LLC**
2224 First Avenue North
Birmingham, AL 35213
Phone: 205.427.6630
Fax: 205-380-8085
taylor@hgdlawfirm.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I CERTIFY that this document was filed via CM/ECF on March 20, 2020, for electronic distribution to the counsel of record in this action.

*/s/ Taylor C. Bartlett*
*Attorney for Plaintiff*